UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 02-60815 cv pas

**The attached hand-written document
has been scanned and is
also available in the
SUPPLEMENTAL
PAPER FILE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 02-60815-CIV-SEITZ

LUIS A. DEVOTO, et. al.,

VERSUS

TECHNION COMMUNICATIONS CORPORATION, et. al.

FILED by SAS D.C.
APR 2 2 2009
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

### NOTICE OF CONSENT TO OPT-IN PURSUANT TO 29 U.S.C. § 216(b)
### (CONSENTIMIENTO PARA FORMAR PARTE SEGUN 29 U.S.C. § 216(b))

The undersigned, __Luis E Lebron__, hereby consents, pursuant to 29 U.S.C. § 216(b), to become a party plaintiff in this action. By choosing to join this lawsuit, I understand that I designate the representative Plaintiffs as my agent to make decisions on my behalf concerning the litigation, including entering into settlement agreements. These decisions will be binding on me if I join this lawsuit. By choosing to join this lawsuit, I understand that I will be bound by the judgment, whether it is favorable or unfavorable.

*(Spanish Translation: Por medio de la presente, la persona que firma, según 29 U.S.C. § 216(b), acepta ser uno de los demandantes en este caso. Al elegir formar parte de esta demanda, yo entiendo que estoy designando como mi agente a los demandantes representativos para que tómen decisiones por mi con respecto a la litigación, incluyendo la opción de llegar a acuerdos con la otra parte. Si formo parte de esta demanda, estas decisiones serán mandatorias. Al elegir formar parte de esta demanda, yo entiendo que estaré obligado a aceptar la decisión aunque esta sea o no sea favorable.)*

Signature (Firma): [signed]

Date (Fecha): 4.2.2009

**Please Print the Information Below:**
*(Favor Escribir Con Letra Legible):*

Name (Nombre): Luis E Lebron   Phone # (Teléfono #): (954) 226-8907  CAll ANYTIME

Address (Dirección): 2921 E Missionwood Ln Miramar Florida. 33025

Devoto.Consent.112003